1 | JEFFREY D. WOHL (Cal. State Bar No. 96838)
2 | SAIDAH GRAYSON (Cal. State Bar No. 221713)
  | RISHI N. SHARMA (Cal. State Bar No. 239034)
3 | JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
  | PAUL, HASTINGS, JANOFSKY & WALKER LLP
4 | 55 Second Street, 24th Floor
  | San Francisco, CA  94105-3441
5 | Telephone:  (415) 856-7000
  | Facsimile:  (415) 856-7100
6 | jeffwohl@paulhastings.com
  | saidahgrayson@paulhastings.com
7 | rishisharma@paulhastings.com
  | jeffmichalowski@paulhastings.com

8 | Attorneys for Defendant
9 | Target Corporation

11 | UNITED STATES DISTRICT COURT
12 | NORTHERN DISTRICT OF CALIFORNIA

14 | OKECHUKWU MBAMA, individually and on behalf of all others similarly situated,

        Plaintiff,

        vs.

TARGET CORPORATION, a Minnesota Corporation, and Does 1-25, inclusive,

        Defendant.

No. C-07-3014-JL

**DEFENDANT TARGET CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2  parties, there is no such interest to report.

3  Dated: August 7, 2007.    JEFFREY D. WOHL
                              SAIDAH GRAYSON
4                             RISHI N. SHARMA
                              JEFFREY P. MICHALOWSKI
5                             PAUL, HASTINGS, JANOFSKY & WALKER LLP

              By: /s/ Jeffrey D. Wohl
                              Jeffrey D. Wohl
                           Attorneys for Defendant
                             Target Corporation

LEGAL_US_W # 56809744.1

CERTIFICATION OF INTERESTED ENTITIES/PERSONS
U.S.D.C., N.D. Cal., No. C 07-3014 (JL)