1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   SAIDAH GRAYSON (Cal. State Bar No. 221713)
2  RISHI N. SHARMA (Cal. State Bar No. 239034)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100
   jeffwohl@paulhastings.com
6  saidahgrayson@paulhastings.com
   rishisharma@paulhastings.com
7  jeffmichalowski@paulhastings.com

8  Attorneys for Defendant
   Target Corporation
9

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  OKECHUKWU MBAMA, individually        No. C-07-3014 (JL)
    and on behalf of all others similarly
15  situated,                           **DECLINATION TO PROCEED BEFORE
                                        A U.S. MAGISTRATE JUDGE AND
16              Plaintiff,              REQUEST FOR REASSIGNMENT TO U.S.
                                        DISTRICT JUDGE MARILYN HALL
17      vs.                             PATEL PURSUANT TO NOTICE OF
                                        RELATED CASE**
18  TARGET CORPORATION, a Minnesota
    Corporation, and Does 1-25, inclusive,
19
                Defendant.
20

21

22

23

24

25

26

27

28

─────────────────────────────────────────

1    Defendant Target Corporation hereby respectfully declines to consent to the assignment of this

2    case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment

3    of this case to United States District Judge Marilyn Hall Patel pursuant to its Notice of Related Case.

4    Dated:  August 7, 2007.          JEFFREY D. WOHL
                                       SAIDAH GRAYSON
5                                      RISHI N. SHARMA
                                       JEFFREY P. MICHALOWSKI
6                                      PAUL, HASTINGS, JANOFSKY & WALKER LLP

7
                                       By: /s/ Jeffrey D. Wohl
8                                      _____
                                                  Jeffrey D. Wohl
9                                             Attorneys for Defendant
                                               Target Corporation
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION OF MAGISTRATE JUDGE
U.S.D.C., N.D. Cal., No. C 07-3014 (JL)