IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OKECHUKWU MBAMA,

       Plaintiff,

  v.

TARGET CORPORATION,

       Defendant.

_____/

No. C 07-03014 SI

**Clerk's Notice
Scheduling Case
Management Conference
on Reassignment**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for **Friday, 09/28/07** at **2:00 PM** before the Honorable Susan Illston upon reassignment. Please report to Courtroom 10, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 10 days prior, counsel shall submit a joint case management conference statement.

Dated: August 10, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
    R. B. Espinosa
    Deputy Clerk

**United States District Court**
For the Northern District of California