1  **BAILEY PINNEY, PC**
   1498 SE Tech Center Way
2  Vancouver, Washington 98683
   Telephone: (360) 567-2551
3  Fax: (360) 567-3331
   **JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
4  E-Mail: JMata@wagelawyer.com
   **SHELBY L. CLARK**, Cal.Bar No. 203606, OSB No. 06049
5  E-Mail: Sclark@wagelawyer.com

6  **SUSAN SIMMONS SEEMILLER** Cal Bar No. 150546
   Attorney Of Counsel
7  Bailey Pinney PC
   770 County Square Drive, Suite 100
8  Ventura, CA 93003
   Telephone: (805) 658-0977
9  Fax:   (805) 658-2801
   E-Mail: susan@cal.com
10
   **BONNIE MAC FARLANE,** Cal. Bar No. 161526
11 720 Howe Avenue, Suite 113
   Sacramento, CA  95825
12 Telephone:  (800) 230-5528
   Fax:  (800) 230-5866
13 E-Mail:  BMacFarlane@wagelawyer.com

14 Attorneys for Plaintiffs

15              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16

17 Okechekwu Mbama, individually and on        )    Case No. 07-03014 SI
   behalf of all others similarly situated     )
18                                             )    **OPPOSITION TO DEFENDANT'S**
                          Plaintiff,           )    **SUPPLEMENTED NOTICE OF**
19                                             )    **PENDENCY OF OTHER ACTION OR**
   vs.                                         )    **PROCEEDING**
20                                             )
   Target Corporation, a Minnesota             )
21 Corporation, and Does 1-25, inclusive,      )
                                               )    Hon.  Susan Illston
22                        Defendant.           )
                                               )
23 ─────────────────────────────────────

24      To the Clerk of Court, defendant Target Corporation, and defendant's attorneys of record:

25      Plaintiff Okechukwu Mbama hereby submits its opposition to defendant Target Corporation's

26 supplemented notice of related cases as follows:

27      Defendant Target Corporation alleges that the following case is related to this case: *Cheryl*

28 *Kier, Plaintiff, v. Target Corporation, a Minnesota Corporation, and Does 1-25 inclusive, Defendant*,

---

Opposition to Defendant's Supplemented Notice of Pendency of Other Action - Case No. 07-03014 SI
1

1   U.S.D.C., C.D. Cal., No. CV 07-02739 ("*Kier v. Target*").  That case is not related to this case.  *Kier v. Target* is an individual action, not a class action, and will involve dramatically different factual and legal issues, different mutual discovery, and different witnesses.  By defendant Target Corporation's logic, if *Kier v. Target* is "related" to this case, then so is every individual wage and hour dispute between Target Corporation and its employees, nationwide.

      The complaint in this case states a claim for unlawful business practices, pursuant to California Business and Professions Code section 17200 et seq.  That claim does not appear in *Kier v. Target*.  Conversely, Cheryl Kier states claims for failure to pay wages, failure to pay minimum wages, and failure to pay overtime wages, none of which are pled in this case.  The only facts for which Cheryl Kier must demonstrate a factual basis relate to her personal experiences working at a single store.  In this case, plaintiff must obtain and review statewide data relating to thousands or tens of thousands of employees, and show that such data supports his claim regarding Target Corporation's practices at hundreds of stores.

      Plaintiff's counsel did at one time, when Cheryl Kier still sought to represent a class, attempt to add Okechukwu Mbama to that case as a named plaintiff.  That is irrelevant to the cases as they now stand, and in particular to whether they are related within the meaning of Civil Local Rule 3-13.  That rule deems another action "related" if it "involves all or a material part of the same subject matter <u>and</u> all or substantially all of the same parties as another action".  *Kier v. Target* involves a very small fraction of the same subject matter, and only one of the parties to this action (defendant Target Corporation).

      For the foregoing reasons, Plaintiff Okechukwu Mbama requests that the Court find this case "not related" to *Kier v. Target*.

Dated: August 14, 2007          Bailey Pinney, PC

By  ___/s/_____
    Shelby L. Clark
    Attorneys for Plaintiffs