JEFFREY D. WOHL (Cal. State Bar No. 96838)
SAIDAH GRAYSON (Cal. State Bar No. 221713)
RISHI N. SHARMA (Cal. State Bar No. 239034)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
saidahgrayson@paulhastings.com
rishisharma@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant
Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL KIER, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, and Does 1-25, inclusive ,<br><br>            Defendants. | No. C-06-7957-MHP<br><br>**DECLARATION OF RISHI N. SHARMA IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>N.D. Cal. Civ. L.R. 3-12(b) |
| OKECHUKWU MBAMA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, and Does 1-25, inclusive, Defendants. | No. C-07-3014-SI |

LEGAL_US_W # 56870449.1

SHARMA DECL. ISO MOTION TO RELATE
U.S.D.C., N.D. Cal., Nos. C-06-7957-MHP, C-07-3014-SI

I, Rishi N. Sharma, declare:

1. I am a member of the Bar of this Court, an associate at Paul, Hastings, Janofsky & Walker LLP, and one of the attorneys representing defendant Target Corporation ("Target") in the following actions:

- *Cheryl Kier, individually and on behalf of all others similarly situated, Plaintiff, vs. Target Corporation, a Minnesota Corporation, and Does 1-25, inclusive, Defendant*, U.S.D.C., N.D. Cal. No. C-06-7957-MHP (filed Dec. 29, 2006) ("*Kier*").

- *Okechukwu Mbama, individually and on behalf of all others similarly situated, Plaintiff, vs. Target Corporation, a Minnesota Corporation, and Does 1-25, inclusive, Defendant*, U.S.D.C., N.D. Cal. No. C-07-3014-SI (filed Jun. 8, 2007) ("*Mbama*").

2. I make this declaration in support of Target's administrative motion to relate these cases. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

3. Pursuant to Northern District Civil Local Rule 7-11(a), Jeffrey D. Wohl, lead counsel for Target in this action, communicated with Shelby L. Clark, counsel for plaintiff in both *Kier* and *Mbama*, by telephone on Friday, August 10, 2007, to solicit his agreement to relate the actions and reassign them to the Honorable Marilyn Hall Patel, before whom *Kier* was pending prior to its transfer to the Central District of California. During this conversation, Mr. Shelby indicated that plaintiff's counsel in *Kier* and *Mbama* were willing to reassign *Mbama* to Judge Patel.

4. On Monday, August 13, 2007, I transmitted to Mr. Clark a draft stipulation to relate *Kier* and *Mbama* and to reassign *Mbama* to Judge Patel pursuant to Civil Local Rule 3-12.

5. On Tuesday, August 14, 2007, Mr. Clark replied, in material part, as follows: "I agreed with [Jeffrey D. Wohl, counsel for Target] that we were willing to proceed in front of Judge Patel rather than Judge Illston. However, we do not believe that the Kier and Mbama cases are related within the meaning of the Northern District's local rules. If you see a way to have the Mbama case assigned to Judge Patel without deeming the cases related, we are happy to cooperate."

///

///

1        6.      Because *Kier* and *Mbama* are related within the meaning Civil Local Rule 3-12(a), as more fully discussed in Target's Administrative Motion to Consider Whether Cases Should Be Related, Target has filed the accompanying motion.

      7.      Target has also filed a Notice of Pendency of Other Action or Proceeding pursuant to Civil Local Rule 3-13 because it believes that *Kier* and *Mbama* involve substantially the same subject matter and substantially all of the same parties, and on that basis has requested the Court relate *Kier* and *Mbama* and reassign the latter to Judge Patel.

      8.      Target intends to move the Court to transfer venue pursuant to 28 U.S.C. section 1404(a) based on plaintiff's counsel's attempt to evade the transfer order in *Kier*. *See, e.g.*, *Wireless Consumers Alliance v. T-Mobile USA, Inc.*, No. C-03-3711-MHP, 2003 U.S. Dist. LEXIS 26802, *14-18 (N.D. Cal. Oct. 14, 2003).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2007, in San Francisco, California.

                                            /s/ Rishi N. Sharma
                                              Rishi N. Sharma