JEFFREY D. WOHL (Cal. State Bar No. 96838)
SAIDAH GRAYSON (Cal. State Bar No. 221713)
RISHI N. SHARMA (Cal. State Bar No. 239034)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
saidahgrayson@paulhastings.com
rishisharma@paulhastings.com
jeffmichalowski@paulhastings.com

Attorneys for Defendant
Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL KIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, and Does 1-25, inclusive ,<br><br>Defendants. | No. C-06-7957-MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION'S ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>N.D. Cal. Civ. L.R. 3-12(a) |
| OKECHUKWU MBAMA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, and Does 1-25, inclusive, Defendants. | No. C-07-3014-SI |

Defendant Target Corporation has moved the Court to relate the two actions referenced below within the meaning of this Court's Civil Local Rule 3-12(a). The Court having considered the papers on the motion, and good cause appearing,

IT IS ORDERED that the following actions are related within the meaning of this Court's Local Rule 3-12(a):

- *Cheryl Kier, individually and on behalf of all others similarly situated, Plaintiff, vs. Target Corporation, a Minnesota Corporation, and Does 1-25, inclusive, Defendant*, U.S.D.C., N.D., Cal. No. C-06-7957-MHP (filed Dec. 29, 2006) ("*Kier*").
- *Okechukwu Mbama, individually and on behalf of all others similarly situated, Plaintiff, vs. Target Corporation, a Minnesota Corporation, and Does 1-25, inclusive, Defendant*, U.S.D.C., N.D. Cal. No., C-07-3014-SI (filed Jun. 8, 2007) ("*Mbama*").

IT IS FURTHER ORDERED that as the latter-filed case, *Mbama* accordingly is reassigned to the Honorable Marilyn Hall Patel, before whom the previously-filed case, *Kier*, was pending, for all purposes.

Dated: August __, 2007.

United States District Judge