1 JEFFREY D. WOHL (Cal. State Bar No. 96838)
SAIDAH GRAYSON (Cal. State Bar No. 221713)
2 RISHI N. SHARMA (Cal. State Bar No. 239034)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
3 PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
4 San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
5 Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
6 saidahgrayson@paulhastings.com
rishisharma@paulhastings.com
7 jeffmichalowski@paulhastings.com

8 Attorneys for Defendant
Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL KIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, and Does 1-25, inclusive,<br><br>Defendants. | No. C-06-7957-MHP<br><br>**PROOF OF SERVICE** |
| OKECHUKWU MBAMA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, and Does 1-25, inclusive, Defendants. | No. C-07-3014-SI |

# PROOF OF SERVICE

I, the undersigned, state: I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 55 Second Street, Twenty-Fourth Floor, San Francisco, CA 94105.

On August 15, 2007, I served the following document(s) described as:

- ADMINISTRATIVE MOTION TO RELATE CASES

- DECLARATION OF RISHI N. SHARMA IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES

- [PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION'S ADMINISTRATIVE MOTION TO RELATE CASES;

- PROOF OF SERVICE

on the interested parties by placing a true and correct copy thereof in a sealed envelope addressed:

*BY OVERNIGHT MAIL*

Susan Simmons Seemiller
Law Offices of Lindsay F. Nielson
770 County Square Drive, Suite 100
Ventura, CA 93003

*BY HAND DELIVERY*

Bonnie MacFarlane
720 Howe Avenue, Suite 113
Sacramento, CA 95825

[x] **VIA UPS OVERNIGHT MAIL:** By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[ ] **VIA U.S. MAIL:** I am readily familiar with Paul, Hastings, Janofsky & Walker LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x] **VIA PERSONAL DELIVERY:** I caused to be delivered such sealed envelope(s) by hand to the offices of the addressee(s) listed above.

[ ] **VIA FACSIMILE:** The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to the facsimile numbers indicated above on August 15, 2007.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. I further declare that I am employed by a member of the Bar of this Court at whose direction the service was made.

Executed on August 15, 2007, at San Francisco, California.

_____
HELEN DeVOL