
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Okechukwu Mbama, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

Target Corporation, a Minnesota Corporation, and DOES 1-25, inclusive,

    Defendant(s).

_____/

CASE NO. C 07-3014 SI

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR (*please identify process and provider*)  mediation.

The parties will seek private mediation after an opportunity to engage in adequate discovery.

The parties agree to hold the ADR session by:

        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  after adequate discovery.

Dated: 9/13/2007                       /s/ Bonnie Mac Farlane
                                             Attorney for Plaintiff

Dated: 9/13/2007                       /s/ Rishi N. Sharma
                                             Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
⬅    Private ADR

    Deadline for ADR session
        90 days from the date of this order.
  ✓    other   after adequate discovery.

IT IS SO ORDERED.

Dated:_____          */s/ Susan Illston*_____

                                  UNITED STATES DISTRICT    JUDGE