**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 9/28/07

Case No.   C-07-3014 SI           Judge:   SUSAN ILLSTON

Title: OKENCHUKWU MBAMA  -v-  TARGET CORPORATION

Attorneys: Bud Bailey            J. Wohl

Deputy Clerk: Tracy Sutton   Court Reporter: none

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **11/16/07    @ 2:30 p.m.** for Further Case Management Conference (joint statement due)

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
This case shall be stayed pending ruling on a similar case in the Central District of California