**BAILEY PINNEY, PC**
1498 SE Tech Center Place
Vancouver, Washington 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331
**A.E. BUD BAILEY**, Pro Hac Vice, OSB No. 87157, WSB No. 33917
E-Mail: Bbailey@wagelawyer.com
**JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
E-Mail: Jmata@wagelawyer.com

**BONNIE MAC FARLANE**, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA  95825
Telephone:  (800) 230-5528
Fax:  (800) 230-5866
E-Mail:  BMacFarlane@wagelawyer.com

Attorneys for Plaintiff Mbama

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Okechukwu Mbama,** as an "aggrieved employee" pursuant to the Private Attorney General Act of 2004, individually and on behalf of all others similarly situated, | Case No. C 07-3014 SI |
| **Plaintiff,** | **NOTICE OF WITHDRAWAL OF ATTORNEY** |
| v. | |
| **Target Corporation,** a Minnesota Corporation, and Does 1-25, inclusive, | Hon.  Susan Illston |
| **Defendant.** | |

**TO:**    Clerk of the Court, and Attorneys for Defendant

   **NOTICE IS HEREBY GIVEN** that **Shelby L. Clark**, Cal. Bar No. **203606**,  withdraws as attorney for Plaintiff Okechukwu Mbama, Individually and on behalf of all others similarly situated, and that Jose R. Mata, A.E. "Bud"  Bailey (Pro Hac Vice), Bonnie Mac Farlane and the firm of Bailey Pinney PC shall remain as Plaintiff attorneys of record and no change shall be made thereto.

1  All notices, papers and pleadings, exclusive of process, should be served upon Jose R. Mata,
2  A.E. "Bud" Bailey (Pro Hac Vice) and the firm of Bailey Pinney PC at the offices of Bailey Pinney
3  PC, at 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683, and upon Bonnie Mac Farlane at
4  720 Howe Avenue, Suite 113, Sacramento CA 95825.
5  Said withdrawal shall be effective as of October 17, 2007.

7  DATED: October 17, 2007

9  _____/s/_____

10  Shelby L. Clark , Cal. Bar No. 203606
    Bailey Pinney, PC
11  Attorney for Plaintiff

Notice of Withdrawal of Attorney - Case No. C 07-3014 SI
2