UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 11/16/07

Case No.   C-07-3014 SI           Judge:   SUSAN ILLSTON

Title: OKENCHUKWU MBAMA  -v- TARGET CORPORATION

Attorneys: Bud Bailey           Sharma

Deputy Clerk: Tracy Sutton  Court Reporter: none

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **1/18/08  @ 2:30 p.m.** for Further Case Management Conference
(joint statement due)

Case continued to     **@ 9:00 a.m.**    for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Case continued pending Ruling in the San Diego Court.