1  **JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
   E-Mail: JMata@wagelawyer.com
2  **BONNIE MAC FARLANE**, Cal. Bar No. 161526
   E-Mail: BMacFarlane@wagelawyer.com
3  **A. E. BUD BAILEY**, Pro Hac Vice, OSB No. 87157, WSB No. 33917
   E-Mail: Bbailey@wagelawyer.com
4  **J. DANA PINNEY**, Pro Hac Vice, OSB No. 75308, WSB No. 33919
   E-Mail: JDPinney@wagelawyer.com
5  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
6  Vancouver, WA 98683
   Telephone: 360-567-2551
7  Fax: 360-567-3331

8  **SUSAN SIMMONS SEEMILLER** Cal Bar No.  150546
   E-Mail: SSeemiller@wagelawyer.com
9  Of Counsel
   **BAILEY PINNEY, PC**
10 840 County Square Drive
   Ventura, CA 93003
11 Telephone: (805) 339-9090
   Fax:   (805) 339-0090
12

13 Attorneys for Plaintiff Mbama

14                  IN THE UNITED STATES DISTRICT COURT

15                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 **Okechukwu Mbama**, individually and on    )    Case No. CV 07-3014 SI
   behalf of all others similarly situated,    )
18                                             )    **PLAINTIFFS NOTICE OF**
                                               )    **APPEARANCE**
19              **Plaintiffs,**                )
                                               )
20 **v.**                                      )
                                               )
21 **Target Corporation,** a Minnesota         )
   Corporation, and Does 1-25, inclusive,      )
22                                             )
                **Defendant.**                 )
23

24

25 **TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

26        **PLEASE TAKE NOTICE** that Plaintiff hereby notifies Defendant and the Court that Susan

27 Seemiller of the law firm of Bailey Pinney, PC is added as an attorney of record in the above entitled

28 case.  Plaintiff requests that Susan Seemiller be added to the docket and e-mail notifications at the

1  following address:

2     **SUSAN SIMMONS SEEMILLER** Cal Bar No.  150546
      E-Mail: SSeemiller@wagelawyer.com
3     Of Counsel
      **BAILEY PINNEY, PC**
4     840 County Square Drive
      Ventura, CA 93003
5     Telephone: (805) 339-9090
      Fax:    (805) 339-0090
6

7

8  Dated: <u>December 11, 2007</u>          Bailey Pinney, PC

9
                                  By _____/s/_____
10                                Susan Seemiller
                                  Attorneys for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28