**JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**JAMES D. PINNEY,** Pro Hac Vice, OSB No. 75308, WSB No. 33919
E-Mail: jdpinney@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: 360-567-2551
Fax: 360-567-3331

**SUSAN SIMMONS SEEMILLER** Cal Bar No. 150546
E-Mail: SSeemiller@wagelawyer.com
Of Counsel
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090
Fax:   (805) 339-0090
Attorneys for Plaintiff Thomas

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Okechukwu Mbama**, individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**Target Corporation,** a Minnesota Corporation, and Does 1-25, inclusive,<br><br>**Defendant.** | Case No. C 07-03014 SI<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY JAMES D. PINNEY AS *PRO HAC VICE* COUNSEL**<br><br><br>Hon.  Susan Illston |

TO:   Clerk of the Court, and Attorneys for Defendant

   **NOTICE IS HEREBY GIVEN** that **James D. Pinney** withdraws as *Pro Hoc Vice* counsel for Plaintiff Okechukwu Mbama, Individually and on Behalf of All Others Similarly Situated.  This withdrawal is in recognition of and response to, but not an admission of, considerations raised by the

---
Notice of Withdrawal of Attorney - Case No. C 07-03014 SI

"Order Disqualifying Bailey Pinney Firm," *Moreno et. al., v. Autozone Inc.,* U.S. District Court No. C05-04432 (Document 212) (December 6, 2007), which is attached as Exhibit A hereto.

Jose R. Mata and Susan Simmons Seemiller, and the firm of Bailey Pinney PC shall remain as Plaintiff's attorneys of record and no change shall be made thereto.

All notices, papers and pleadings, exclusive of process, should be served upon Jose R. Mata, Bailey Pinney PC, at 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683, and upon Susan Simmons Seemiller, Bailey Pinney PC at 840 County Square Drive, Ventura, CA 93003.

Said withdrawal shall be effective as of December 13, 2007.

DATED: December 13, 2007.

_____
James D. Pinney, *Pro Hoc Vice*
Bailey Pinney, PC
Attorney for Plaintiff