**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 12/20/07

Case No.   C-07-3014 SI          Judge:   SUSAN ILLSTON

Title: OKENCHUKWU MBAMA  -v- TARGET CORPORATION

Attorneys: Mata, Marlane, Seemiller        Sharma, Wahl

Deputy Clerk:  Tracy Sutton   Court Reporter:  none

**PROCEEDINGS**

1)   Further Case Management Conference - HELD by phone

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                PART

Case continued to for Further Case Management Conference
(joint statement due)

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**   for Pretrial Conference

Case continued to    **@ 8:30 a.m.**   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The notice of withdraw of pro hac vice counsel were filed as a precaution based upon a prior order issued by Judge Jenkins.

Plaintiff shall make sure to file the applications for pro hac since they don't appear to be in the record.mb