# BAILEY PINNEY, PC
## Attorneys at Law

| | |
|---|---|
| **Vancouver Washington Office**<br>**1498 SE TECH CENTER PLACE, SUITE 290**<br>**VANCOUVER, WA 98683** | **Ventura California Office**<br>**840 COUNTRY SQUARE DRIVE**<br>**VENTURA, CA 93003** |

JOSE R. MATA
   TELEPHONE  (360) 567-2551
   FACSIMILE   (360) 567-3331
   E-MAIL: JMata@wagelawyer.com

* Oregon License OSB 80305
* California License 83724

December 20, 2007

Honorable Judge Susan  Illston
450 Golden Gate Ave. Ct. Rm. 10 19th Floor
San Francisco, CA   94102

> **Re:**    *Mbama vs. Target Corporation*
>        **Case No.  C 07-3014 SI**

Dear Judge Illston:

As requested at the telephone status conference of Thursday, December 20, 2007, I am sending information regarding *pro hac vice* applications from our firm.

Regarding the *pro hac vice* application of A.E. Bud Bailey, I have attached copies of two conformed, court-filed applications as Exhibit A.  Apparently, we inadvertently filed two applications for Mr. Bailey, one of which has a certificate of service on opposing counsel.  Exhibit A also includes, a copy of our check, a proposed order, a receipt for the $210 check and the envelope in which the receipt was received.

Apparently, our firm did not file a pro hac vice application for J. Dana Pinney, and there is no order granting him a *pro hac vice* appointment.  His withdrawal as *pro hac vice* counsel, therefore, was an error and a nullity.  We regret the error and respectfully request that the Court strike it from the docket.

Sincerely yours,

   /s/ _____

Jose R. Mata
Attorney for Plaintiff

JRM: jrm