# Exhibit A

A.E. "Bud" Bailey, Pro Hac Vice (pending), OR Bar No. 87157, WA Bar No. 33917
J. Dana Pinney, Pro Hac Vice (pending), OR Bar No. 75308, WA Bar No. 33919
Shelby Clark, Cal. Bar No. 203606
Bailey, Pinney PC
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551, Fax: (360) 567-3331
SClark@wagelawyer.com

Bonnie Mac Farlane, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528, Fax: (800) 230-5866
BMacFarlane@wagelawyer.com

Attorneys for Plaintiff Okechukwu Mbama

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Okechukwu Mbama, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Target Corporation, a Minnesota Corporation, and Does 1-25, inclusive,<br><br>Defendant. | Case No. C 07-3014 SI<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR A.E. "BUD" BAILEY |

Pursuant to Civil L.R. 11-3, A. E. "Bud" Bailey, an active member in good standing of the bars of Oregon and Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing those similarly situated in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become

familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court is good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Bonnie R. MacFarlane

720 How Ave., Ste. 113

Sacramento, CA 95825

(800) 230-5528

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug 28, 2007

By: _____
A. E. "Bud" Bailey

---

Application for Admission of Attorney *Pro Hac Vice* Bailey - C 07-3014 SI

2

1  A.E. "Bud" Bailey, Pro Hac Vice (pending), OR Bar No. 87157, WA Bar No. 33917
   J. Dana Pinney, Pro Hac Vice (pending), OR Bar No. 75308, WA Bar No. 33919
2  Shelby Clark, Cal. Bar No. 203606
   Bailey, Pinney PC
3  1498 SE Tech Center Place, Suite 290
   Vancouver, Washington 98683
4  Telephone: (360) 567-2551, Fax: (360) 567-3331
   SClark@wagelawyer.com
5
   Bonnie Mac Farlane, Cal. Bar No. 161526
6  720 Howe Avenue, Suite 113
   Sacramento, CA 95825
7  Telephone: (800) 230-5528, Fax: (800) 230-5866
   BMacFarlane@wagelawyer.com
8
   Attorneys for Plaintiff Okechukwu Mbama

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Okechukwu Mbama, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Target Corporation, a Minnesota Corporation, and Does 1-25, inclusive,<br><br>Defendant. | Case No. C 07-3014 SI<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR A.E. "BUD" BAILEY |

Pursuant to Civil L.R. 11-3, A. E. "Bud" Bailey, an active member in good standing of the bars of Oregon and Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing those similarly situated in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become

familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3.   An attorney who is a member of the bar of this Court is good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Bonnie R. MacFarlane

720 How Ave., Ste. 113

Sacramento, CA 95825

(800) 230-5528

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug 28, 2007

By: _____
A. E. "Bud" Bailey



```
                                                              FILED

BAILEY PINNEY, PC
1498 SE Tech Center Place, Suite 290                     07 AUG 31 PM 3:29
Vancouver, Washington 98683
Telephone: (360) 567-2551                                RICHARD W. WILKING
Fax: (360) 567-3331                                      CLERK U.S. DISTRICT COURT
A.E. BUD BAILEY, Pro Hac Vice (pending), OSB No. 87457; WSB No. 23317
E-Mail: Bbailey@wagelawyer.com
SHELBY L. CLARK, Cal.Bar No. 203606, OSB No. 06049
E-Mail: Sclark@wagelawyer.com

BONNIE MAC FARLANE, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA  95825
Telephone:  (800) 230-5528
Fax:  (800) 230-5866
E-Mail:  BmacFarlane@wagelawyer.com

Attorneys for Plaintiff Mbama
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Okechukwu Mbama, Individually and on behalf of all others similarly situated,, | Case No. C 07-3014 SI |
| Plaintiff, | PROOF OF SERVICE BY: MAIL |
| vs. | |
| Target Corporation, a Minnesota Corporation, and Does 1-25, inclusive,, | |
| Defendant. | |

I hereby certify that I am employed in the County of Clark, State of Washington. I am over the age of 18 and not a party to the within action. I DECLARE that I am employed in the office of a member of the bar of this court at whose direction service was made who's business address is 1498 SE Tech Center Place., Suite 290, Vancouver WA 98683. That on August 28, 2007, I served a copy of the foregoing documents, described as: *Application for Admission of Attorney Pro Hac Vice for A.E. "Bud" Bailey* upon the following named individuals at the

---

addresses as follows by placing a true and correct copy thereof addressed to:

Jeffrey D. Wohl
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, CA 94105

by the following indicated method or methods:

[X]     by mailing a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Vancouver, WA. on the date set-forth below.

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, mail is deposited the U.S. Postal Service on that same day with postage prepaid at Vancouver, Washington in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as stated in this affidavit.

I DECLARE under penalty of perjury that the foregoing is true and correct.

I DECLARE that I am employed in the office of a member of the bar of this court at whose direction service was made

DATED:  August 28, 2007

_____
Charity Shindle

Proof of Service by Mail - Case No. C 07-3014 SI
2

| | |
|---|---|
| 1 | **Bailey, Pinney PC** |
| | **A.E. "Bud" Bailey,** Pro Hac Vice (pending), OR Bar No. 87157, WA Bar No. 33917 |
| 2 | **Shelby Clark,** Cal. Bar No. 203606 |
| | 1498 SE Tech Center Place, Suite 290 |
| 3 | Vancouver, Washington 98683 |
| | Telephone: (360) 567-2551, Fax: (360) 567-3331 |
| 4 | SClark@wagelawyer.com |
| 5 | **Bonnie Mac Farlane,** Cal. Bar No. 161526 |
| | 720 Howe Avenue, Suite 113 |
| 6 | Sacramento, CA 95825 |
| | Telephone: (800) 230-5528, Fax: (800) 230-5866 |
| 7 | BMacFarlane@wagelawyer.com |
| 8 | Attorneys for Plaintiff Okechukwu Mbama |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Okechukwu Mbama, individually and on behalf of all others similarly situated,** | Case No. C 07-3014 SI |
| **Plaintiff,** | (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR A. E. "BUD" BAILEY |
| vs. | |
| **Target Corporation, a Minnesota Corporation, and Does 1-25, inclusive,** | |
| **Defendant.** | |

A. E. "Bud" Bailey, an active member in good standing of the bars of Oregon, and Washington, whose business address and telephone number is; 1498 SE Tech Center Place, Vancouver, WA 98683, (360) 567-2551, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Okechukwu Mbama, individually and on behalf of all others similarly situated,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained

1 | in General Order No. 45, Electronic Case Filing.

3 | Dated: _____

_____
U.S. District Court Judge Susan Illston


SEP 0 7 2007

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611010020
Cashier ID: bucklem
Transaction Date: 08/31/2007
Payer Name: bailey pinney

PRO HAC VICE
 For: bud bailey
 Case/Party: D-CAN-3-07-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 1019
 Amt Tendered:   $210.00

Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

c07-3014si

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

BAILEY PINNEY P.C.
ATTORNEYS AT LAW
1498 SE TECH CENTER PLACE, SUITE 290
VANCOUVER, WA 98683



RECEIVED
SEP 07 2007
BY