| | |
|---|---|
| 1 | Dated: January 15, 2008. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Dated: January 15, 2008. |

Dated: January 15, 2008.

JOSE R. MATA
SUSAN SEEMILLER
BAILEY PINNEY, PC

BONNIE MAC FARLANE

By: _____
    Jose R. Mata
    Attorneys for Plaintiff Okechukwu Mbama

Dated: January 15, 2008.

JEFFREY D. WOHL
RISHI N. SHARMA
GREGGORY W. DALTON
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
    Rishi N. Sharma
    Attorneys for Defendant Target Corporation