| | |
|---|---|
| 1 | JOSE R. MATA, SBN 83724, OSB 80305 |
| 2 | E-Mail: JMata@wagelawyer.com<br>**BAILEY PINNEY, PC** |
| 3 | 1498 SE Tech Center Place, Suite 290<br>Vancouver, WA 98683 |
| 4 | Telephone: (360)567-2551; Fax: (360)567-3331 |
| 5 | BONNIE MAC FARLANE, SBN 161526<br>E-Mail:  BMacfarlane@wagelawyer.com |
| 6 | **BAILEY PINNEY, PC**<br>720 Howe Street, Suite 113 |
| 7 | Sacramento, CA 95825<br>Telephone: (916)923-5537; Fax: (916)923-5587 |
| 8 | SUSAN SIMMONS SEEMILLER SBN 150546 |
| 9 | E-Mail: SSeemiller@wagelawyer.com<br>Of Counsel |
| 10 | **BAILEY PINNEY, PC**<br>840 County Square Drive |
| 11 | Ventura, CA 93003<br>Telephone: (805) 339-9090; Fax:  (805) 339-0090 |
| 12 | Attorneys for Plaintiff Mbama |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Okechukwu Mbama, Individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>vs.<br><br>Target Corporation, a Minnesota Corporation, and Does 1-25, inclusive,,<br><br>Defendant. | Case No. C 07-3014 SI<br><br>**NOTICE OF CHANGE OF INFORMATION**<br><br><br><br><br><br>Hon.  Susan Illston |

TO:    Clerk of the Court, and Attorneys for Defendant

NOTICE IS HEREBY GIVEN that Bonnie Mac Farlane, Cal. Bar No. 161526, has changed her contact information.  Ms. Mac Farlane's contact information is as follows:

BONNIE MAC FARLANE, SBN 161526

E-Mail:  BMacfarlane@wagelawyer.com

Notice of Change of Information  - Case No. C 07-3014 SI
1

1  BAILEY PINNEY, PC
2  720 Howe Street, Suite 113
3  Sacramento, CA 95825
4  Telephone: (916)923-5537; Fax: (916) 923.5587

5   Ms. Mac Farlane shall remain as attorney of record for Plaintiff Okechukwu Mbama,
6  individually and on behalf of all others similarly situated, and that Jose R. Mata, Susan Simmons
7  Seemiller and the firm of Bailey Pinney PC shall remain as Plaintiff's attorneys of record and no
8  change shall be made thereto.

9   All notices, papers and pleadings, exclusive of process, should be served upon Jose R. Mata at
10  the offices of Bailey Pinney PC, at 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683, and
11  upon Bonnie Mac Farlane at 720 Howe Avenue, Suite 113, Sacramento CA 95825, and upon Susan
12  Simmons Seemiller at 840 County Square Drive, Ventura, CA 93003.

13   Said change of contact information is effective immediately.

15  Dated: February 1, 2008        Bailey Pinney, PC

17  By ____/s/_____
     Bonnie Mac Farlane
18   Attorneys for Plaintiff Okechukwu Mbama

Notice of Change of Information  - Case No. C 07-3014 SI
2