1  JOSE R. MATA (Cal. State Bar No. 83724)
   BAILEY PINNEY, PC
2  1498 SE Tech Center Place, Suite 290
   Vancouver, Washington  98683
3  Telephone: (360) 567-2551
   Facsimile:  (360) 567-3331
4  JMata@wagelawyer.com

5  (Additional counsel for plaintiff on next page)

6  Attorneys for Plaintiff Okechukwu Mbama

7  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
8  GREGGORY W. DALTON (Cal. State Bar No. 252000)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
9  55 Second Street, 24th Floor
   San Francisco, California  94105-3441
10 Telephone: (415) 856-7000
   Facsimile:  (415) 856-7100
11 jeffwohl@paulhastings.com
   rishisharma@paulhastings.com
12 greggorydalton@paulhastings.com

13 Attorneys for Defendant Target Corporation

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 | OKECHUKWU MBAMA, individually | No. C-07-3014-SI
   | and on behalf of all others similarly |
18 | situated,                    | **JOINT STIPULATION AND [PROPOSED]**
                                  | **ORDER TO CONTINUE CASE MANAGEMENT**
19 |        Plaintiff,             | **CONFERENCE AND STAY**

20 |   vs.                         | Date:       Friday, February 29, 2008
                                  | Time:       2:30 p.m.
21 | TARGET CORPORATION, a Minnesota | Courtroom: 10, 19th Floor
   | Corporation, and Does 1-25, inclusive, | Judge:   Hon. Susan Illston
22 |
   |        Defendants.
23

24

25

26

27

28

1 | Additional Counsel for Plaintiff Okechukwu Mbama:

2 | SUSAN SEEMILLER (Cal. State Bar No. 150546)
BAILEY PINNEY, PC
3 | 770 County Square Drive, Suite 100
Ventura, California 93003
4 | Telephone: (805) 658-0977
Facsimile: (805) 658-2801
5 | sseemiller@wagelawyer.com

6 | BONNIE MAC FARLANE (Cal. State Bar No. 161526)
BAILEY PINNEY, PC
7 | 720 Howe Avenue, Suite 113
Sacramento, California 95825
8 | Telephone: (800) 230-5528
Facsimile: (800) 230-5866
9 | bmacfarlane@wagelawyer.com

LEGAL_US_W # 58255099.2

JOINT STIPULATION AND ORDER TO CONTINUE
U.S.D.C., N.D. Cal., No. C-07-3014-SI

**STIPULATION**

Plaintiff Okechukwu Mbama and defendant Target Corporation ("Target"), appearing through their respective counsel of record, stipulate as follows:

1. On September 18, 2007, the parties filed their first Joint Case Management Statement (Docket No. 24); informed the Court of the related litigation in *Mora v. Target Corp.*, U.S.D.C., S.D. Cal., No. 07-CV-0719-BEN-WMC ("*Mora*"), pending before United States District Judge Roger T. Benitez in the Southern District of California; and reported Target's motion to dismiss the complaint in *Mora* was still pending before Judge Benitez.

2. On September 28, 2007, following the initial case management conference in this action, the Court stayed proceedings and set a further case management conference for Friday, November 16, 2007, to allow Judge Benitez time to rule on Target's motion to dismiss in *Mora*.

3. On November 9, 2007, the parties reported in their Joint Case Management Statement (Docket No. 28) that Judge Benitez had denied Target's motion to dismiss the complaint in *Mora*, but had simultaneously issued an order to show cause why *Mora* should not be dismissed for lack of subject matter jurisdiction. Based on its confidence that Judge Benitez would find jurisdiction in *Mora* proper under the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), Target asked that the Court continue the case management conference and stay until January 2008 in the anticipation that Judge Benitez would have discharged the order to show cause by that time.

4. Following the case management conference on November 16, 2007, the Court continued the stay in this action and set a further case management conference for January 18, 2008. Following the parties' further stipulation to continue the January 18, 2008, case management conference, however, the Court reset the case management conference and extended the stay to February 29, 2008.

5. Even though the parties in *Mora* filed briefs in support of the Court's jurisdiction, Judge Benitez has not yet discharged his order to show cause in *Mora*.

6. Accordingly, the parties request that the Court vacate the case management conference set for February 29, 2008; set a further case management conference for Friday, April 25, 2008, at 2:30 p.m.; and continue the stay in this action until April 25, 2008.

///

| | | |
|---|---|---|
| 1 | Dated: February 22, 2008. | JOSE R. MATA |
| 2 | | SUSAN SEEMILLER |
| | | BAILEY PINNEY, PC |
| 3 | | BONNIE MAC FARLANE |

By:  /s/ Jose R. Mata
  Jose R. Mata
  Attorneys for Plaintiff Okechukwu Mbama

Dated: February 22, 2008.    JEFFREY D. WOHL
RISHI N. SHARMA
GREGGORY W. DALTON
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:  /s/ Rishi N. Sharma
  Rishi N. Sharma
  Attorneys for Defendant Target Corporation

## CASE MANAGEMENT ORDER

On the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the further case management conference set for Friday, February 29, 2008, at 2:30 p.m. in this action is vacated.

IT IS HEREBY ALSO ORDERED that the parties shall appear on Friday, April 25, 2008, at 2:30 p.m. for a further case management conference in this action, with the parties' joint case management conference statement due five days prior.

IT IS HEREBY ALSO ORDERED that the stay in this action is continued to April 25, 2008.

Dated: February ___, 2008.

                                               Susan Illston
                                    United States District Judge