| | | |
|---|---|---|
| 1 | Dated: February 22, 2008. | JOSE R. MATA |
| 2 | | SUSAN SEEMILLER |
| | | BAILEY PINNEY, PC |
| 3 | | BONNIE MAC FARLANE |

By: _____
Jose R. Mata
Attorneys for Plaintiff Okechukwu Mbama

Dated: February 22, 2008.

JEFFREY D. WOHL
RISHI N. SHARMA
GREGGORY W. DALTON
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Rishi N. Sharma
Attorneys for Defendant Target Corporation