1 | Dated: March 6, 2008.

JOSE R. MATA
SUSAN SEEMILLER
BONNIE MAC FARLANE
BAILEY PINNEY, PC

By: ___*/s/ Jose R. Mata*___
     Jose R. Mata
Attorneys for Plaintiff Okechukwu Mbama

Dated: March 6, 2008.

JEFFREY D. WOHL
RISHI N. SHARMA
GREGGORY W. DALTON
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
    Rishi N. Sharma
Attorneys for Defendant Target Corporation