JEFFREY D. WOHL (Cal. State Bar No. 96838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
GREGGORY W. DALTON (Cal. State Bar No. 252000)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
rishisharma@paulhastings.com
greggorydalton@paulhastings.com
Attorneys for Defendant
Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKECHUKWU MBAMA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, and Does 1-25, inclusive,<br><br>    Defendant. | No. C-07-3014-SI<br><br>**NOTICE OF ORDER IN *MORA V. TARGET CORP.* DISCHARGING EARLIER ORDER TO SHOW CAUSE RE: JURISDICTION** |

1   To the Clerk of Court, plaintiff Okechukwu Mbama, and plaintiff's attorneys of record:

2   PLEASE TAKE NOTICE that on February 29, 2008, in *Mora v. Target Corp.*, U.S.D.C., S.D.

3   Cal., No.  07 CV 0719 BEN (WMC), the court entered its Order Discharging Court's Earlier Order to

4   Show Cause, a copy of which is attached.

5   Dated:  March 10, 2008.          JEFFREY D. WOHL
                                       RISHI N. SHARMA
6                                      GREGGORY W. DALTON
                                       PAUL, HASTINGS, JANOFSKY & WALKER LLP
7

8                                      By:  /s/ Jeffrey D. Wohl
                                       _____
9                                            Jeffrey D. Wohl
                                          Attorneys for Defendant
10                                          Target Corporation

1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENEE CESAR VILCHES MORA, on behalf of himself and all others similarly situated, ) ) ) | **CASE NO. 07CV0719 BEN (WMC)** |
| ) ) | **ORDER DISCHARGING COURT'S EARLIER ORDER TO SHOW CAUSE** |
| Plaintiffs, ) ) | |
| v. ) ) ) | |
| ) ) | |
| TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 125, Inclusive, ) ) ) ) | |
| ) | |
| Defendants. ) ) | |

On April 19, 2007, Plaintiff Renee Cesar Vilches Mora ("Mora") filed a wage and hour suit with class allegations against Target Corporation ("Target") based on its company policies and practices. Mora asserts seven claims against Target based on violations of California's employment laws. The Complaint alleges that jurisdiction in this Court is proper, based on diversity jurisdiction pursuant to 28 U.S.C. section 1332. Compl. ¶ 9. On November 5, 2007, the Court issued an Order to Show Cause ("OSC"), ordering Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction because the Court could not ascertain from the face of the pleadings whether federal subject matter jurisdiction exists. Doc. No. 34.

1    The parties briefed the issue, and both sides concluded that the Court has subject matter

2    jurisdiction over this case.  *See* Doc. Nos 39, 40.  "A class action can satisfy the requirements

3    for diversity jurisdiction in two ways.  First, the class action can be properly heard in federal

4    court if at least one named plaintiff's injury satisfies the jurisdictional minimum amount in

5    controversy ($75,000) and where complete diversity exists among all plaintiffs and defendants."

6    *Jepson v. Ticor Title Ins. Co.*, Case No. C06-1723, 2007 WL 3171442, at *1 (W.D. Wash. Oct.

7    26, 2007) (citing *Exxon Mobil Corp. v. Allapattah Servs.*, 545 U.S. 546 (U.S. 2005)).

8    "Alternatively, the Class Action Fairness Act of 2005 (CAFA) grants a federal court subject

9    matter jurisdiction in a class action lawsuit when the class comprises more than 100 members,

10   where minimal diversity of citizenship is present, and where the aggregate amount of all class

11   members' claims exceeds $5 million (exclusive of costs or attorneys' fees)."  *Id*.

12   In light of the parties' OSC filings, the Court is now able to ascertain that it has

13   jurisdiction over this case.  Accordingly, the Court's earlier Order to Show Cause is hereby

14   DISCHARGED.  The parties shall contact the Magistrate Judge within 5 days from the date of

15   this Order to schedule an Early Neutral Evaluation Conference.

16   **IT IS SO ORDERED.**

17

18   **DATED:  February 29, 2008**

19

20   **Hon. Roger T. Benitez**
     **United States District Judge**

21

22

23

24

25

26

27

28