**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 13, 2008

USDC for the Southern District of California
Clerk's Office
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

RE: CV 07-03014 SI   OKECHUKWU MBAMA-v-TARGET CORPORATION

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

       ☒   Certified copy of docket entries.

       ☒   Certified copy of Transferral Order.

       ☒   Original case file documents.

       ☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk

          /s/

        by:  Yumiko Saito
        Case Systems Administrator

Enclosures
Copies to counsel of record