UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102,

www.cand.uscourts.gov

FILED
08 MAR 24  PM 1:57

CLERK, U.S. ~~General Court~~ Number
~~DISTRICT OF CA~~ 415.522.2000 

Richard W. Wieking
Clerk

March 13, 2008

USDC for the Southern District of California
Clerk's Office
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

**'08 CV 0513 BEN POR**

RE: CV 07-03014 SI   OKECHUKWU MBAMA-v-TARGET CORPORATION

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

**RECEIVED**
MAR 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Sincerely,
RICHARD W. WIEKING, Clerk

/s/

by: Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record